No. 4147.—ABOY, VIDAL & CO., INC., apda., v. COMPAÑÍA INTERURBANA DE PUERTO RICO, aplte.—C. D. San Juan. Cobro de dinero. Febrero 25 de 1927. A la moción de la parte apelada solicitando la desestimación del recurso porque se concedieron prórrogas fuera de tiempo y porque la parte apelante ha sido negligente en la tramitación del mismo; habiendo demostrado la apelante que las prórrogas se concedieron en tiempo y no habiendo la parte apelada proporcionado a la corte elementos bastantes para juzgar si la apelante fué o no negligente en el grado necesario para la desestimación de una apelación por tal motivo, *no ha lugar.*

IN RE. COMISIÓN DE REPUTACIÓN DE ASPIRANTES AL EJERCICIO DE LA ABOGACÍA.—Renuncia del cargo. Marzo 9, 1927. Denegada la admisión de la renuncia presentada por el Sr. Soto Gras como miembro de la comisión por no estar justificada, ya que el hecho de haber sido condenado al pago de las costas al igual que los otros demandantes en el pleito a que se refiere, en nada perjudica su buen nombre y reputación como abogado.

No. 40.—NEVARES HERMANOS, promovente, v. HON. DOMINGO SEPÚLVEDA, JUEZ DE DISTRITO, demandado.—Auto inhibitorio. Marzo 7, 1927. Anulado por innecesario el mandamiento expedido, habiéndose resuelto por los fundamentos del caso de *certiorari* No. 555 de *Nevares Hnos., Sociedad Civil,* v. *Corte de Distrito de marzo 7, 1927,* (pág. 357).